**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1670**

GREG WALSH; CHRISTINA WALSH,

      Plaintiffs - Appellants,

      v.

SPECIALIZED LOAN SERVICING, LLC; US BANK, NATIONAL ASSOCIATION, As Trustee of Chevy Chase Funding, LLC, Mortgage-Backed Certificates, 2005-1; MARK RUNKEL, Executive Vice President and Chief Credit Officer, US Bank; P.W. PARKER, Vice Chairman and Chief Risk Officer, US Bankcorp, Vice Chairman,

      Defendants - Appellees,

      and

THE LAW OFFICES OF JEFFREY NADEL; JEFFREY NADEL; DOES 1 THROUGH 15, Inclusive,

      Defendants.

Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, Senior District Judge. (1:17-cv-00591-JFM)

Submitted: October 19, 2017               Decided: November 2, 2017

Before TRAXLER, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Greg Walsh; Christina Walsh, Appellants Pro Se.  Aaron Drew Neal, MCNAMEE, HOSEA, JERNIGAN, KIM, GREENAN & LYNCH PA, Greenbelt, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Greg Walsh and Christina Walsh appeal the district court's orders dismissing their civil complaint as barred by res judicata. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Walsh v. Specialized Loan Servicing, LLC*, No. 1:17-cv-00591-JFM (D. Md. Mar. 17, 2017 & Apr. 26, 2017). We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*